

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:99-CR-003-PMP-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DENNY EDWARD RAY ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#26), sentencing having been imposed on September 20, 1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $204,208.65

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $26,501.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $65,361.00

**Total Amount of Restitution ordered: $296,070.65**

Dated this \_\_\_\_8\_\_\_\_ day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE